AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C. § 113(a)(5) - Simple Assault within a Special Maritime or Territorial Jurisdiction of the United States (Class B Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ CLIFFORD DANIELS

DISTRICT COURT NUMBER: CR 07 0625 MAG

**PENALTY:**

Maximum Pison Term: 6 Months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT -3 AM 10: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07  0625

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: Title 18, United States Code, Section 113(a)(5) - Simple Assault (Class B Misdemeanor) |
| v. | |
| CLIFFORD DANIELS, | |
| Defendant. | SAN FRANCISCO VENUE |

# INFORMATION

The United States Attorney charges:

On or about July 19, 2007, while within special maritime and territorial jurisdiction of the United States, in the Northern District of California, the defendant,

CLIFFORD DANIELS,

did intentionally inflict offensive contact on an individual, in that he forcibly threw the individual to the ground, held her head to the ground by the hair, and shoved sand into her face

//

//

INFORMATION

1  and mouth, in violation of Title 18, United States Code, Section 113(a)(5), a Class B
2  Misdemeanor.
3
4  DATED: 10/1/07                    SCOTT N. SCHOOLS
                                     United States Attorney
5
6
                                     GREGG LOWDER
7                                    Deputy Chief, Major Crimes Section
8
9  (Approved as to form: _____)
                         WENDY THOMAS
10                       Special Assistant United States Attorney

INFORMATION