SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CLIFFORD DANIELS,<br><br>    Defendant. | Case No. CR 07 0625 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Derek Angell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Clifford Daniels, 1060 Bush Street #315, San Francisco, California 94109, to appear on October 31, 2007 at 9:30 a.m. before the Honorable Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____        _____
                                    EDWARD M. CHEN
                                    United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0625 MAG