SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07 0625 MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR SUMMONS |
| CLIFFORD DANIELS, | |
| Defendant. | |

Having reviewed the Declaration of Derek Angell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Clifford Daniels, 1060 Bush Street #315, San Francisco, California 94109, to appear on October 31, 2007 at 9:30 a.m. before the Honorable Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 10/11/07

EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0625 MAG