SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

DEREK ANGELL
Law Clerk

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0625 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| CLIFFORD DANIELS, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Derek Angell in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a Summons for defendant Clifford Daniels, 1060 Bush Street #315, San Francisco, California, 94109. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

    Respectfully submitted,

    SCOTT N. SCHOOLS
    United States Attorney

Dated:    10/31/07                                     /s/
                                                                             WENDY THOMAS
                                                                             Special Assistant United States Attorney