SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0625 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| CLIFFORD DANIELS, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Derek Angell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Clifford Daniels, 1060 Bush Street #315, San Francisco, California 94109, to appear on November 28, 2007, at 9:30 a.m. before the Honorable Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____         _____
                                   EDWARD M. CHEN
                                   United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0625 MAG