1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,      )  Case No. CR 07 0625 MAG
                                   )
13 |     Plaintiff,                 )
                                   )
14 |   v.                           )  [~~PROPOSED~~] ORDER FOR SUMMONS
                                   )
15 | CLIFFORD DANIELS,              )
                                   )
16 |     Defendant.                 )
   |_____)

17

18  Having reviewed the Declaration of Derek Angell, the Court finds that probable cause exists
19  to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Clifford
21  Daniels, 1060 Bush Street #315, San Francisco, California 94109, to appear on November 28,
22  2007, at 9:30 a.m. before the Honorable Magistrate Judge Bernard Zimmerman to answer the
23  Information that has been filed by the United States Attorney.

24

25  IT IS SO ORDERED.

26  Dated: 11/1/07

27                                          EDWARD M. CHEN
                                            United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 07 0625 MAG