| DOCUMENTS UNDER SEAL ☐ | | | | | | TOTAL TIME (mins): 2 min | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Lashanda Scott | | | | REPORTER/FTR 9:53-9:55 | | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE November 28, 2007 | | | | NEW CASE ☐ | CASE NUMBER CR07-0625 MMC | |

| APPEARANCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT Clifford Daniels | AGE | CUST N | P/NP NP | ATTORNEY FOR DEFENDANT Geoffrey Hansen (Special) | | | PD. ☐ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Wendy Thomas | | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR not held | ☐ | PRELIM HRG | ☐ MOTION | | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ BOND HEARING | | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

*FILED*
*NOV 2 8 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

| INITIAL APPEARANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED ☐ TRUE NAME: IS TRUE NAME | | | | |

| ARRAIGNMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED | | |

| RELEASE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | |

| PLEA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | | |

| CONTINUANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TO: | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. | ☐ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant not present for hearing. The AUSA has prepared two summons request and the defendant has yet to appear. AUSA oral motion for a warrant of arrest for failure to appear - Motion Granted. The court ordered that a warrant of arrest be issued for failure to appear - 18 USC Section 3146.  cc: BZ, Pretrial

DOCUMENT NUMBER: