UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                     No. CR 07-0625 NJV

  v.                                    **NOTICE**

CLIFFORD DANIELS

    Defendant(s).
_____/

    Court trial in the above entitled case set for January 25, 2008 @ 9:00 a.m. will will be held in Courtroom 17 on the 16th Floor.

Dated: January 4, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson