BARRY J. PORTMAN
Federal Public Defender
ERIC HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00625 |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| CLIFFORD DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Undersigned counsel, Assistant Federal Public Defender Eric Hairston, enters his general appearance as counsel for Clifford Daniels.  Counsel's contact information is listed above.

Dated: January 17, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

ERIC HAIRSTON
Assistant Federal Public Defender