1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0625 NJV |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER FOR PRETRIAL** |
| | ) | **PREPARATION FOR CRIMINAL** |
| v. | ) | **BENCH TRIAL** |
| | ) | |
| CLIFFORD DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Following the status conference held on January 3, 2008, at 9:30 a.m., the parties stipulate as follows:

    1.     DISCOVERY - Both sides will comply with the Federal Rules of Criminal Procedure, and the United States will comply with *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and *United States v. Agurs*, 427 U.S. 97 (1976).

    2.     MOTIONS - Not less than one (1) week before trial, the parties shall complete the following:

(a) Serve and file any pretrial statements pursuant to Crim. L.R. 17.1-1(b);

(b) Serve and file any motions in limine;

    3.     Not less than two (2) days before trial, the parties shall:

(a) Serve and file any opposition to any motion in limine (there shall be no reply

///

1    briefs);

2

3          SO ORDERED.

4
     DATED: 1/14/08                    _____
5                                      THE HON. NANDOR J. VADAS
                                       United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2