1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,        )    No. CR 07-0625 MAG
14                                  )
          Plaintiff,                )
15                                  )    **MOTION AND [PROPOSED] ORDER**
       v.                           )    **TO DISMISS INFORMATION**
16                                  )
   CLIFFORD DANIELS,                )
17                                  )
          Defendant.                )
18 _____ )

19

20
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21
   United States Attorney for the Northern District of California moves to dismiss the above
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //

DISMISSAL OF INFORMATION
CR 07-0625 MAG

1  Information without prejudice.

2                                             Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
4

5
   DATED:  1/24/08                                       /s/
6                                             WENDY THOMAS
                                              Special Assistant United States Attorney
7

8
        The Court hereby grants leave to dismiss the above Information without prejudice.
9

10

11  DATED: _____            _____
                                              NANDOR J. VADAS
12                                            United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 07-0625 MAG