BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0625 MAG |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS WITH |
| v. | ) | PREJUDICE |
| | ) | |
| CLIFFORD DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 24, 2008, the government moved to dismiss the information filed in the above-referenced case without prejudice. This matter was set for a bench trial on January 25, 2008, and jeopardy would therefore have attached on that date. In light of the proximity of trial and the substantial preparation undertaken in furtherance thereof, Mr. Clifford Daniels hereby moves for a dismissal of the information against him with prejudice or, in the alternative, for trial to proceed as scheduled on January 25, 2008 at 9:00 a.m.

Dated: January 24, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        /S/

                                        ERIC MATTHEW HAIRSTON
                                        Assistant Federal Public Defender