| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234<br>Email: wendy.thomas@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED
08 JAN 25 AM 10:03

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0625 MAG |
| Plaintiff, | ) | |
| v. | ) | MOTION AND [PROPOSED] ORDER<br>TO DISMISS INFORMATION |
| CLIFFORD DANIELS, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 07-0625 MAG

| | |
|---|---|
| 1 | Information without prejudice. |
| 2 | Respectfully submitted, |
| 3 | JOSEPH P. RUSSONIELLO<br>United States Attorney |

DATED: __1/24/08__    _____/s/_____
                     WENDY THOMAS
                     Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information without prejudice.

Dated: January 25, 2008

Nandor J. Vadas
United States Magistrate Judge
Northern District of California

NOTICE OF DISMISSAL (CR _____)