1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant DANIELS

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 07-0625 MAG
              Plaintiff,            )
12                                  )  NOTICE OF WITHDRAWAL OF
        v.                          )  MOTION
13                                  )
   CLIFFORD DANIELS,                )
14                                  )
              Defendant.            )
15 _____)

16      Mr. Clifford Daniels hereby withdraws his motion to dismiss the information against him

17 with prejudice, filed January 24, 2008 in the above-referenced matter.

18 Dated: January 31, 2008

19                                         Respectfully submitted,

20                                         BARRY J. PORTMAN
                                           Federal Public Defender
21

22                                              /s/

23                                         ERIC MATTHEW HAIRSTON
                                           Assistant Federal Public Defender
24

25

26